CV 12 5697

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

Robert T. Pemberton, PIN# 212517
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Franco P Frantellizzi
Marco Castano
Mathew Dinizio   et al
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 15 2012 ★
LONG ISLAND OFFICE

FEUERSTEIN, J
WALL, M.J.

JURY TRIAL DEMAND
YES ✓    NO ___

I. Previous Lawsuits:

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county)

        3. Docket Number: _____

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Riverhead Correctional Facility_

  A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

  B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

  C. If your answer is YES,

    1. What steps did you take? _____

    2. What was the result? _____

  D. If your answer is NO, explain why not _Suffolk County Police Illgally Arristed me and SCPF Unlawfully Held me_

  E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

  F. If your answer is YES,

    1. What steps did you take? _____

    2. What was the result? _____

III.  Parties:
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Robert T. Pemberton

Address  153 Cedar Lane, Medford, N.Y. 11763

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    Franco P. Frantelluzzi
                   Suffolk Cty 6th Pct. Det.

Defendant No. 2    Marco Castano
                   Suffolk Cty 6th Pct. Det.

Defendant No. 3    William P. Vasquez
                   30 Yaphank Ave Police Headquarters

Defendant No. 4    Matthew Dinizio


Defendant No. 5    Warden Charles Ewald
                   c/o: Riverhead Correctional Facility
                   110 Center Drive, Riverhead, N.Y. 11901

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

With Deliberate Indifference and Malicious Intent the Defendants individually and Conspiritorially charged me with Sales (2) of Crack Cocaine at 2 different Addresses, one of which is an impossibility and is known to be an "Alleged" Drug Arrestees Residence also named "Pete". Purposefully Arresting me because of my name.
Note Two (2) Drug Sales with No Drug Possession charges And No Co-Defendants and this Arrest Happening @ (8) Eight Months later.

IV. A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Anxiety, Mental Anguish, Fear of Retaliations including Manufactured Drug Sales and/or Possessions etc...

Loss of Property which was stolen while I was in custody.

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

Compensatory Damages    1.5 million Dollars  $ 1,500,000.00
Punitive Damages        $ 500,000.00
Monetary Damages        $ 250,000.00

I declare under penalty of perjury that on __11/13/12__, I delivered this
                                            (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __13th__ day of __November__, 20_12_. I declare under penalty of perjury that the foregoing is true and correct.

_Robert Pemberton_
Signature of Plaintiff

_Riverhead Correctional Facility_
Name of Prison Facility

/s/
133 Cedar Ln., Medford
N.Y., 11901
Address

212517
Prisoner ID#